IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**WILBERT COOLEY AND**
**KANDEE COOLEY,**

      **PLAINTIFFS,**

vs.                                   **CASE NO.: 06-215**

**AMERIQUEST MORTGAGE**
**COMPANY, a Delaware Corporation,**
**HERITAGE TITLE, LLC, AND**
**FICTITIOUS A – Z, inclusive,**

      **DEFENDANTS.**

_____

**SUMMONS IN A CIVIL ACTION**

**TO**:   **Ameriquest Mortgage Company, Inc.**
       **c/o National Registered Agents Inc.**
       **150 South Perry Street**
       **Montgomery, Alabama 36014**

     **YOU ARE HEREBY SUMMONED** and required to file with Clerk of this Court and serve upon:

     Attorney April England-Albright
     116 Mabry Street
     Selma, Alabama 36701

     AN ANSWER TO THE COMPLAINT WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

_____       _____
**CLERK**                                           **DATE**

_____
**DEPUTY CLERK**

_____
**TYPE OF SERVICE**           **DATE OF SERVICE:**_____