IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**WILBERT COOLEY AND**
**KANDEE COOLEY,**

      **PLAINTIFFS,**

vs.                                      **CASE NO.: 06-215**

**AMERIQUEST MORTGAGE**
**COMPANY, a Delaware Corporation,**
**HERITAGE TITLE, LLC, AND**
**FICTITIOUS A – Z, inclusive,**

      **DEFENDANTS.**

_____

### SUMMONS IN A CIVIL ACTION

**TO**:    Heritage Title, LLC
          c/o National Registered Agents Inc.
          248 E. Capitol Street
          Trustmark Building
          Suite 840
          Jackson, Mississippi 39201

      **YOU ARE HEREBY SUMMONED** and required to file with Clerk of this Court and serve upon:

      Attorney April England-Albright
      116 Mabry Street
      Selma, Alabama 36701

      **AN ANSWER TO THE COMPLAINT WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____          _____
**CLERK**                                                             **DATE**

_____
**DEPUTY CLERK**

_____
**TYPE OF SERVICE**                  **DATE OF SERVICE:**_____