IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILBERT COOLEY AND
KANDEE COOLEY,

    PLAINTIFFS,

vs.                                 CASE NO.: 06-215  -BH-M

AMERIQUEST MORTGAGE
COMPANY, a Delaware Corporation,
HERITAGE TITLE, LLC, AND
FICTITIOUS A – Z, inclusive,

    DEFENDANTS.

## SUMMONS IN A CIVIL ACTION

TO:   Heritage Title, LLC
       c/o National Registered Agents Inc.
       248 E. Capitol Street
       Trustmark Building
       Suite 840
       Jackson, Mississippi 39201

     **YOU ARE HEREBY SUMMONED** and required to file with Clerk of this Court and serve upon:

       Attorney April England-Albright
       116 Mabry Street
       Selma, Alabama 36701

     AN ANSWER TO THE COMPLAINT WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

**CHARLES R. DIARD, JR.**       APR 1 0 2006
CLERK                                       DATE
*[signature]*
DEPUTY CLERK

TYPE OF SERVICE             DATE OF SERVICE:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILBERT COOLEY AND
KANDEE COOLEY,

      PLAINTIFFS,

vs.                                CASE NO.: 06-215 -BH-M

AMERIQUEST MORTGAGE
COMPANY, a Delaware Corporation,
HERITAGE TITLE, LLC, AND
FICTITIOUS A – Z, inclusive,

      DEFENDANTS.

## SUMMONS IN A CIVIL ACTION

TO:   Ameriquest Mortgage Company, Inc.
       c/o National Registered Agents Inc.
       150 South Perry Street
       Montgomery, Alabama 36014

     YOU ARE HEREBY SUMMONED and required to file with Clerk of this Court and serve upon:

       Attorney April England-Albright
       116 Mabry Street
       Selma, Alabama 36701

     AN ANSWER TO THE COMPLAINT WHICH IS HEREWITH SERVED UPON YOU, WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

**CHARLES R. DIARD, JR.**    APR 1 0 2006
_____    _____
CLERK                             DATE
_____
DEPUTY CLERK

_____
**TYPE OF SERVICE**           **DATE OF SERVICE:**_____