IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**WILBERT COOLEY &**
**KANDEE COOLEY,**

    **Plaintiffs,**

vs.                                                             **Case No.: 06-215**

**AMERIQUEST MORTGAGE COMPANY,**
**a Delaware Corporation, HERITAGE TITLE, LLC,**
**AND FICTITIOUS A – Z, inclusive,**

    **Defendants.**

---

## AFFIDAVIT

    **COMES NOW**, the following affiant, and after being duly sworn, makes the following statement under oath:

1. My name is Denise Littleton, and I am over the age of nineteen, and I am a resident of Alabama.

2. I am presently employed as a Bankruptcy Trustee for the Bankruptcy Court for the Southern District of Alabama.

3. I am the Bankruptcy Trustee for Mr. Wilbert Cooley, who filed a Voluntary Chapter 7 Bankruptcy Petition on February 24, 2006. The case number for this Bankruptcy Action is 06-10213

4. During a 341 Meeting on March 20, 2006, Mr. Wilbert Cooley testified that he had a possible claim against Ameriquest Mortgage. This testimony was given under oath, and was recorded.



5. Mr. Cooley also filed ~~an~~ amended ~~complaint~~ schedules on June 1st, 2006, whereby he requested to amend Schedules B & C to add a potential claim against Ameriquest.

                                                                                    _____
                                                                                    Denise Littleton
                                                                                    Affiant

Sworn before me, a notary public for the State of Alabama on this the __8th__ day of June, 2006.

                                                                                    _____
                                                                                    Notary

                                                                                    My commission expires: