IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: :

**WILBERT NMI COOLEY** : CASE NO: 06-10213

DEBTOR. :

### AMENDMENT TO VOLUNTARY CASE: DEBTOR'S CHAPTER 7 PETITION

Comes now **WILBERT NMI COOLEY** the debtor in the above styled cause, and amends his Chapter 7 Petition as filed on February 24, 2006 as follows:

1. Schedules B and C are amended to add a potential claim against Ameriquest in the amount of $1.00.

2. New Schedules B & C are attached along with a new summary.

I, **WILBERT COOLEY**, certify under penalty of perjury that I have read the foregoing amendment to petition and the attached plan and it is true and correct to the best of my knowledge.

Dated this 1st day of June, 2006.

         **/s/ WILBERT COOLEY**
         WILBERT COOLEY

   GALLOWAY, SMITH, WETTERMARK & EVEREST, LLP
   Attorneys for Debtor

   BY: /s/ Robert M. Galloway
     ROBERT M. GALLOWAY
     P. O. Box 16629
     Mobile, AL 36616
     (251) 476-4493

B