IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILBERT COOLEY AND ) <br> KANDEE COOLEY ) <br> ) <br> ) <br> **Plaintiffs** ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE ) <br> COMPANY, a Delaware Corporation; ) <br> HERITAGE TITLE, LLC. ) <br> ) <br> **Defendants.** ) | CIVIL ACTION NO.: <br> 1:06-215 BH-M |

## NOTICE OF APPEARANCE

**COMES NOW** Laura C. Nettles and Stephen E. Whitehead, of the law firm Lloyd, Gray & Whitehead, P.C., 2501 Twentieth Place South, Suite 300, Birmingham, Alabama, 35223, telephone number 205/967-8822, and hereby enters their Notice of Appearance as additional counsel for Heritage Title, LLC. Attorneys Laura C. Nettles and Stephen E. Whitehead request that copies of all further notices and documents be forwarded to them and that their names be added to the Certificate of Service.

Dated this the 24th day of August, 2006.

                                         s/Laura C. Nettles
                                         Laura C. Nettles (NETTL5805)
                                         Stephen E. Whitehead, (ASB-2282-T68S)
                                         Attorneys for Defendant Heritage Title, LLC

Of Counsel:
LLOYD GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, Alabama 35223
(205) 967-8822 (Telephone)
(205) 967-2380 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing the foregoing document with the United States District Court, Southern District of Alabama, Southern Division, on this the 24th day of August, 2006:

Robert A. Huffaker, Esq.
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, Alabama 36104

April England Albright
The Justice Group, Inc.
116 Mabry Street
Selma, Alabama 36701

Kaye K. Houser, Esq.
Robin L. Beardsley, Esq.
Sirote & Permutt, P.C.
Post Office Box 55727
Birmingham, Alabama 35255-5727

*s/Laura C. Nettles*
OF COUNSEL