IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILBERT COOLEY and KANDEE COOLEY, | * * * |
| Plaintiffs | * * |
| v. | * Case No. 1:06-cv-00215-BH-M * |
| AMERIQUEST MORTGAGE COMPANY, et al., | * * * |
| Defendants | * |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
### FOR HERITAGE TITLE, LLC

**COMES NOW** the undersigned, Robert A. Huffaker, and moves the Court for leave to withdraw as counsel for the Defendant, Heritage Title, LLC. As grounds for this motion, the undersigned avers that Heritage Title, LLC has engaged other counsel who have now filed a Notice of Appearance.

Dated this the 24th day of August, 2006.

                                          s/Robert A. Huffaker
                                        Robert A. Huffaker
                                        Rushton, Stakely, Johnston & Garrett, P.A.
                                        Post Office Box 270
                                        Montgomery, Alabama  36101-0270
                                        Tel:  (334) 206-3215
                                        Fax: (334) 481-0814
                                        E-Mail: rah@rsjg.com
                                        Bar Number:  ASB-7668-U79R

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

April England Albright
The Justice Group, Inc.
116 Mabry Street
Selma, Alabama 36701

Kaye K. Houser
Robin L. Beardsley
Sirote & Permutt, P.C.
Post Office Box 35255-5727
Birmingham, Alabama   35203

Laura C. Nettles
Lloyd, Gray &Whitehead, P.C.
2501 20th Place, S, Suite 300
Birmingham, AL 35223-1702

                                          s/Robert A. Huffaker
                                          Of Counsel