# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

October 17, 2006

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Mary E. D'Andrea, Clerk
U.S. District Court
P.O. Box 1148
Scranton, PA 18501-1148

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

*Wilbert Cooley, et al. v. Ameriquest Mortgage, Inc., et al.*, S.D. Alabama, C.A. No. 1:06-215 - BH - M
*Vincent Lasorsa, et al. v. Ameriquest Mortgage Co., et al.*, E.D. Pennsylvania, C.A. No. 2:06-944
*Ian Jobe, et al. v. Argent Mortgage Co., LLC*, M.D. Pennsylvania, C.A. No. 3:06-697

Dear Clerks:

I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By_____
Docket Specialist

Enclosure

cc:   Transferee Judge: Judge Marvin E. Aspen
        Transferor Judges: Judge William Brevard Hand; Judge Eduardo C. Robreno;
                Judge Thomas I. Vanaskie

JPML Form 87



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 17 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1715

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

*Wilbert Cooley, et al. v. Ameriquest Mortgage, Inc., et al.,* S.D. Alabama, C.A. No. 1:06-215
*Vincent Lasorsa, et al. v. Ameriquest Mortgage Co., et al.,* E.D. Pennsylvania, C.A. No. 2:06-944
*Ian Jobe, et al. v. Argent Mortgage Co., LLC,* M.D. Pennsylvania, C.A. No. 3:06-697

**BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL**

### ORDER VACATING CONDITIONAL TRANSFER ORDER

Before the Panel are motions brought, respectively, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in a Southern District of Alabama action, an Eastern District of Pennsylvania action and a Middle District of Pennsylvania action. These plaintiffs ask the Panel to vacate its order conditionally transferring the actions to the Northern District of Illinois for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. BLS Funding Corp., named as a defendant in the Eastern District of Pennsylvania action, also moves to vacate the Panel's order conditionally transferring that action to the Northern District of Illinois. Ameriquest Mortgage Co. (Ameriquest), the main defendant in the MDL-1715 proceedings; its related entities;[1] and Argent Mortgage Co., LLC, oppose the motions to vacate and contend that these actions fall within the scope of the MDL-1715 proceedings such that transfer is appropriate.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that transfer of these actions to the Northern District of Illinois would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation at the present time. The actions in this litigation all relate to allegedly predatory lending practices by Ameriquest or a related entity in soliciting and closing residential mortgage transactions. Given the individual nature of the claims in these three actions, along with the significantly advanced stage of pretrial proceedings in the two Pennsylvania actions, the Panel is persuaded that inclusion of these three actions in the MDL-1715 proceedings is not presently warranted.

---

[1] Ameriquest Capital Corp.; Ameriquest Mortgage Services, Inc.; AMC Mortgage Services, Inc.; Town and Country Credit Corp.; and Town & Country Title Services, Inc.

FILED OCT 23 '06 PM 2:05 USDCAL S

- 2 -

      IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-5" is vacated insofar as it relates to these actions.

FOR THE PANEL:

*/s/ Wm. Terrell Hodges*
_____
Wm. Terrell Hodges
Chairman