IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILBERT COOLEY and ) <br> KANDEE COOLEY, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIQUEST MORTGAGE COMPANY, ) <br> et al., ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO. <br> 06-0215-BH-M |

**ORDER**

On July 11, 2006, this Court granted (Doc. 15) the parties' joint motion to stay (Doc. 14) which was predicated on a conditional transfer order issued by the Judicial Panel on Multidistrict Litigation. The conditional transfer order has now been vacated (Doc. 20). It is therefore **ORDERED** that the stay imposed on July 11th be and is hereby **LIFTED** and this action referred to the Magistrate Judge for the entry of an appropriate Rule 16(b) Scheduling Order.

**DONE** this 30th day of October, 2006.

                                                           s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE