IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILBERT COOLEY, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | CIVIL ACTION 06-0215-BH-M |
| | : | |
| AMERIQUEST MORTGAGE, INC., et al., | : | |
| | : | |
| Defendants. | : | |

ORDER

By Order dated this date (Doc. 21), Judge Hand lifted the stay imposed on July 11, 2006, and referred this action to the undersigned Judge for the entry of a Rule 16(b) Scheduling Order. Therefore, not later than **November 9, 2006,** the parties are **ORDERED** to meet and file a report pursuant to Fed.R.Civ.P. 26(f), which complies with this Court's format, a copy of which was attached to the Preliminary Scheduling Order entered on May 24, 2006 (Doc. 6).

DONE this 30th day of October, 2006.

                                                    s/BERT W. MILLING, JR.
                                                  UNITED STATES MAGISTRATE JUDGE