IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILBERT COOLEY AND<br>KANDEE COOLEY, | )<br>)<br>) | |
| Plaintiffs, | ) | CIVIL ACTION NUMBER |
| vs. | ) | CV-6-215-BH-M |
| | ) | |
| AMERIQUEST MORTGAGE<br>COMPANY, a Delaware Corporation;<br>HERITAGE TITLE, LLC; and<br>FICTITIOUS A-Z, inclusive, | )<br>)<br>)<br>)<br>) | |
| Defendants. | | |

## NOTICE OF SERVICE OF
## AMERIQUEST MORTGAGE COMPANY'S INITIAL DISCLOSURES

Defendant Ameriquest Mortgage Company, by and through counsel, hereby provides notice that its Initial Disclosures were served on the following counsel of record on November 29, 2006, via regular United States Mail:

April A. England-Albright, Esq.
116 Mabry Street
Selma, Alabama 36701

Laura C. Nettles, Esq.
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place South
Suite 300
Birmingham, Alabama 35223

Respectfully submitted,


/s/<u>Robin L. Beardsley</u>
Kaye K. Houser (HOU022)
Robin L. Beardsley (BEA066)
Attorneys for Ameriquest Mortgage Company

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
Post Office Box 55727
Birmingham, AL 35255-5727
(205)930-5100 Telephone
(205)930-5335 Fax
khouser@sirote.com
rbeardsley@sirote.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record, as follows, by ECF notification or regular United States mail, on this the 29th day of November, 2006:

>April A. England-Albright, Esq.
>116 Mabry Street
>Selma, Alabama 36701
>aprilalbright1@bellsouth.net
>
>Laura C. Nettles, Esq.
>Lloyd, Gray & Whitehead, P.C.
>2501 Twentieth Place South
>Suite 300
>Birmingham, Alabama 35223
>lnettles@lgwpc.com

>                              /s/Robin L. Beardsley
>                              OF COUNSEL