IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**WILBERT COOLEY &**
**KANDEE COOLEY,**

    **Plaintiffs,**

vs.                                                                      Case No.: 06-215

**AMERIQUEST MORTGAGE COMPANY,**
a Delaware Corporation, **HERITAGE TITLE, LLC,**

    **Defendants.**

NOTICE OF DISCOVERY DOCUMENTS

    Plaintifs Wilbert Cooley and Kandee Cooley gives notice of service of the following discovery document on all counsel in the above referenced case:

1.    Plaintiff's initial disclosures on the Defendant.

                                      **/s/April England-Albright**
                                      **April England-Albright (ENG011)**
                                      **THE JUSTICE GROUP**
                                      **116 Mabry Street**
                                      **Selma, Alabama 36701**
                                      **Ph: 334-872-7589**
                                      **Fx: 334-877-4890**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of December electronically the foregoing Notice of Discovery Service with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:
Ms. Kay K. Houser
Ms. Robin L. Beardsley
**SIROTE & PERMUTT, P.C.**
Post Office box 55727
Birmingham, Alabama 35255-5727

                                                                         **/s/April England-Albright**

Case 1:07-cv-07182     Document 26     Filed 12/07/2006     Page 2 of 2