```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

WILBERT COOLEY, et al.,         :
                                :
    Plaintiffs,                 :
                                :
vs.                             :   CIVIL ACTION 06-0215-BH-M
                                :
AMERIQUEST MORTGAGE, INC.,      :
et al.,                         :
                                :
    Defendants.                 :

## ORDER

Plaintiff is **ORDERED** to confer with opposing counsel **not later than March 7, 2007,** regarding the Motion by Plaintiff to Extend the Deadline to Submit Expert Disclosure Statements (Doc. 28) and then to supplement the motion with the results of that conference.

Defendants are **ORDERED** to file a response to Plaintiffs' Motion for Relief from Payment of Mortgage (Doc. 27) **not later than March 16, 2007.**

DONE this 2nd day of March, 2007.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE