IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**WILBERT COOLEY &**
**KANDEE COOLEY,**

    **Plaintiffs,**

vs.                                                    Case No.: 06-215

**AMERIQUEST MORTGAGE COMPANY,**
a Delaware Corporation, **HERITAGE TITLE, LLC,**

    **Defendants.**

### NOTICE OF NO OPPOSITION TO MOTION
### TO EXTEND TIME FOR FILING EXPERT REPORTS

COMES NOW, the Plaintiffs, by and through counsel, and files the following notice of no opposition to Plaintiff's motion to extend the time for filing expert reports. Both counsel for defendant Ameriquest and Heritage Title do not oppose plaintiff's motion, and have agreed to the extension.

                                                          **Respectfully submitted,**

                                                          **/s/April England-Albright**
                                                          **April England-Albright**
                                                          **Attorney for the Plaintiff**
                                                          **Eng011**

**OF COUNSEL:**

**APRIL ENGLAND-ALBRIGHT**
**116 Mabry Street**
**Selma, Alabama 36701**
**(334) 872-7589**
**(334) 877-4890**

### CERTIFICATE OF SERVICE

     This is to certify that a copy of the foregoing documents have been served upon this the 7th day of February, 2007.

Ms. Kay K. Houser
Ms. Robin L. Beardsley
**SIROTE & PERMUTT, P.C.**
Post Office box 55727
Birmingham, Alabama 35255-5727

                                           **/s/April England-Albright**