IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WILBERT COOLEY AND KANDEE COOLEY, )<br><br>Plaintiffs )<br><br>v. )<br>AMERIQUEST MORTGAGE )<br>COMPANY, ET AL )<br><br>Defendant. ) | CIVIL ACTION NO. 05-0138-CGC |

**NOTICE OF DISCOVERY SERVICE**

Plaintiffs hereby gives notice of service of the following discovery document on all counsel in the above referenced case:

1. Subpoena to Department of Housing and Urban Development.

Respectfully submitted,

/s/April England-Albright

April England-Albright (ENG011)
Counsel for the Plaintiff

THE JUSTICE GROUP
116 Mabry Street
Selma, Alabama 36701
Ph: 334-872-7517
Fx: 334-877-4890

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2007 I filed electronically the foregoing Notice of Discovery Service with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kaye K. Houser, Esq.
Robin L. Beardsley, Esq.

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727 (35255-5727)
Birmingham, AL 35205

Ms. Laura C. Nettles, Esquire.
LLOYD, GRAY & WHITEHEAD, P.C.
2501 Twentieth Place South, Suite 300
Birmingham, Alabama 35233

                                            **/s/April England-Albright**