IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Wilbert and Kandee Cooley,** | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) CASE NUMBER: 1:06-cv-00215-BH-M |
| | ) |
| **AMERIQUEST MORTGAGE COMPANY et al.,** | ) |
| | ) |
|    Defendant(s). | ) |

     Comes now, Earl P. Underwood, Jr. and files his appearance as additional counsel on behalf of Plaintiffs, Wilbert and Kandee Cooley, in the above-styled case.

          /s/ Earl P. Underwood, Jr.
          Earl P. Underwood, Jr.
          Attorney for Plaintiffs
          Post Office Box 969
          Fairhope, AL 36533-0969
          (251) 990-5558 voice
          (251) 990-0626 fax
          epunderwood@alalaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

April A. England-Albright
Law Office of April England-Albright
116 Mabry Street
Selma, AL 36701

Kay K. Houser
Robin Leigh Beardsley
Sirote & Permutt, P.C.
PO Box 55727
Birmingham, AL 35255-5727

Laura C. Nettles
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place S. Ste. 300
Birmingham, AL 35223


/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.