# EXHIBIT

# A

**Beardsley, Robin**

| | |
|---|---|
| From: | aprilalbright1@bellsouth.net |
| Sent: | Wednesday, June 06, 2007 7:36 AM |
| To: | Beardsley, Robin |
| Subject: | Re: Cooley v. Ameriquest |

HI Robin. I apologize for the delay in responding. just ended a trial in Mobile.  The last week in June is a good time for depositions of the Cooley and the corporate representative. THe Cooleys are in Mobile so depositions in Mobile would great.  If the date for the telephonic conference of the rep is too early, let me know.  Also, i would probaly take the depo of Cherly aroudn the same time if you can find an address. i will be looking as well.  I would also like to take the depositions of Lammons during that time period if he is still in Mobile.

Thanks, and i look foward to  hearing from you soon.

April
>
> From: "Beardsley, Robin" <rbeardsley@sirote.com>
> Date: 2007/05/31 Thu AM 11:41:12 EDT
> To: <aprilalbright1@bellsouth.net>,
>       <lnettles@lgwpc.com>
> Subject: Cooley v. Ameriquest
>
> I wanted to touch base with both of you to discuss possible dates for
> depositions in this case.  I thought we should try to go ahead and get
> some available dates so we can plan accordingly.  April, you indicated
> that you would like to take the Ameriquest corporate rep via
> teleconference.  So, we should be able to set that up fairly easily,
> however I will more than likely need to be with the corporate rep for
> the teleconference so we may have to schedule that one so that I have
> time to travel.  The Ameriquest corpoate office is in California, so I
> would like to plan that teleconference in advance so that I can make
> travel arrangements.
>
> Also, you previously requested depositions of William Lammons and
> Cheryl Fleming.  Both of these two individuals no longer work for
> Ameriquest, so I am working on obtaining contact information for them.
> Once I have contact information for these two I will let you know and
> we can work on scheduling their depositions.
>
> Please send us some dates when the Cooleys may be available for
> deposition.  I am not sure where the Cooley's are located, but if we
> need to take these depositions in Mobile, we can take them in the
> Sirote Mobile office if necessary, but I will need to coordinate
> scheduling a conference room there.  So, if you can let me know where
> we will be taking the Cooleys and a couple of possible dates for their
> depositions then we can try to get these set on our calendars.
>
> Thanks for you assistance,
> Robin
>
> Robin L. Beardsley
> Attorney at Law
> Sirote & Permutt P.C.
> 2311 Highland Avenue South
> Birmingham, Alabama 35205
> (205) 930-5242
> (205) 930-5101 fax
> website:  www.sirote.com
>
>
> NOTICE:  This communication is not encrypted and may contain

1

```
> privileged or other confidential information.  If you are not the
> intended recipient or believe that you may have received this
> communication in error, please reply to the sender indicating that
> fact and delete the copy you received.  In addition, you should not
> print, copy, retransmit, disseminate, or otherwise use the information.   THANK YOU.
>
>
>
>
```