# EXHIBIT

# C

## Beardsley, Robin

| | |
|---|---|
| **From:** | Beardsley, Robin |
| **Sent:** | Thursday, July 05, 2007 3:00 PM |
| **To:** | 'Earl P. Underwood, Jr.'; Houser, Kaye; rah@rsjg.com |
| **Cc:** | 'Ken Riemer'; lnettles@lgwpc.com; aprilalbright1@bellsouth.net |
| **Subject:** | RE: Cooley, Wilbert and Kandee v. Ameriquest |

Earl,
Thanks for your email. I have forwarded the Ameriquest Notice of Deposition my client so they can identify who will serve as the corporate representative. I will work with them to get a date for the deposition and let you know as soon as possible. I do know that Kaye Houser and I both have a case that is currently set for trial on July 23rd, so that date is not available. But I will get alternative dates from the Ameriquest representative. I will also send you my objections to the Notice of Deposition topical areas and the Requests for Production.

April England Albright previously asked if we could conduct the deposition via teleconference. We are still willing to conduct the deposition by teleconference. However the corporate Ameriquest office is located in Orange, California, so if you would like to conduct the deposition in person, we will need to schedule the deposition for Orange, California.

Finally, I mentioned to April that I would like to discuss this case with her. I am not sure if I should direct any discussions of this case towards you or April. Please let me know, as I would like to have a discussion with you or April regarding this case.
Thanks,
Robin


**Robin L. Beardsley**
Attorney at Law
Sirote & Permutt P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
(205) 930-5242
(205) 930-5101 fax
website: www.sirote.com


NOTICE: This communication is not encrypted and may contain privileged or other confidential information. If you are not the intended recipient or believe that you may have received this communication in error, please reply to the sender indicating that fact and delete the copy you received. In addition, you should not print, copy, retransmit, disseminate, or otherwise use the information. THANK YOU.

---

**From:** Earl P. Underwood, Jr. [mailto:epunderwood@alalaw.com]
**Sent:** Thursday, July 05, 2007 1:25 PM
**To:** Houser, Kaye; Beardsley, Robin; rah@rsjg.com
**Cc:** 'Ken Riemer'; lnettles@lgwpc.com; aprilalbright1@bellsouth.net
**Subject:** Re: Cooley, Wilbert and Kandee v. Ameriquest

Kaye:

Here is a draft deposition notice. We would like to do the deposition here in my office in Fairhope. If the date in the notice is not good then please get me some good dates as soon as you can. I will have a notice for Heritage out tomorrow.

Thanks:

Earl P. Underwood, Jr.
PO Box 969
21 South Section Street
Fairhope, Alabama 36532
251-990-5558
Fax 990-0626
epunderwood@alalaw.com

7/5/2007