IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILBERT AND KANDEE COOLEY, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) CASE NUMBER: 1:06-cv-00215-BH-M |
| | ) |
| AMERIQUEST MORTGAGE COMPANY et al., | ) |
| | ) |
|    Defendant(s). | ) |

## NOTICE OF APPEARANCE

    James D. Patterson requests this Honorable Court enter his name as additional counsel for Plaintiff in the above related causes.

_____
James D. Patterson

Law Offices of Earl P. Underwood, Jr.
21 South Section Street
Post Office Box 969
Fairhope, AL 36533-0969
251.990.5558 (voice)
251.990.0626 (fax)
jpatterson@alalaw.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy hereof has been personally hand-delivered or mailed, properly addressed, first class postage prepaid, to counsel of all parties or parties pro se to the addresses shown below, on this the 6th day of July, 2007.

April A. England-Albright
Law Office of April England-Albright
116 Mabry Street
Selma, AL 36701

Kay K. Houser
Robin Leigh Beardsley
Sirote & Permutt, P.C.
PO Box 55727
Birmingham, AL 35255-5727

Laura C. Nettles
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place S. Ste. 300
Birmingham, AL 35223

                                          /s/ James D. Patterson
                                          James D. Patterson