IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILBERT AND KANDEE COOLEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NUMBER: 1:06-cv-00215-BH-M |
| | ) |
| AMERIQUEST MORTGAGE | ) |
| COMPANY et al., | ) |
| | ) |
| Defendant(s). | ) |

## MOTION TO STAY

COME NOW, the Plaintiffs and moves this Honorable Court to stay this case and the implementation and enforcement of the Federal Rules of Civil Procedure in the above styled and numbered cause of action. As grounds in support of this motion the Plaintiffs state as follows:

1. On July 10, 2007 the plaintiffs filed a Notice of Potential Tag-along Action with the Judicial panel on multidistrict Litigation which would transfer this case to the Northern District of Illinois for consolidated pre-trial proceedings pursuant to 28 U.S.C. § 1407.

2. A copy of the Notice of Potential Tag-along Action is filed herewith as exhibit 1.

3. Plaintiffs expect a transfer order to be entered in the near future.

4. No prejudice will result to any party by the granting of the stay.

WHEREFORE, premises considered, the Plaintiffs respectfully move the court to stay the case pending the final transfer order and for such other relief as may be appropriate.

/s Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Attorney for Plaintiff
Post Office Box 969
Fairhope, AL  36533-0969
(251) 990-5558 voice
(251) 990-0626 fax
epunderwood@alalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

April A. England-Albright
Law Office of April England-Albright
116 Mabry Street
Selma, AL 36701

Kay K. Houser
Robin Leigh Beardsley
Sirote & Permutt, P.C.
PO Box 55727
Birmingham, AL 35255-5727

Laura C. Nettles
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place S. Ste. 300
Birmingham, AL 35223

/s Earl P. Underwood, Jr.
Earl P. Underwood, Jr.