# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILBERT and KANDEE COOLEY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 06-00215-BH-M |
| AMERIQUEST MORTGAGE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This action is before the Court on plaintiff's motion (Doc. 41) to stay this action pending its anticipated transfer to the Northern District of Illinois for consolidated pretrial proceedings in MDL No. 1715, *In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation.* A Conditional Transfer Order has not yet been entered by The Judicial Panel on Multidistrict Litigation. Upon consideration of the motion and all other pertinent portions of the record, the Court concludes and it is therefore **ORDERED** that plaintiff's motion be and is hereby **GRANTED** in that further proceedings in this action be and are hereby **STAYED** pending further order of the Court.

It is **FURTHER ORDERED** that the plaintiff file a **STATUS REPORT** on the second Tuesday of every month **commencing August 14, 2007**, which advises the Court of the status of the transfer proceedings. **IF THE PLAINTIFF FAILS TO SUBMIT THE REQUIRED STATUS REPORTS, THE STAY MAY BE LIFTED AND THE**

**PARTIES REQUIRED TO PROCEED IN THIS COURT OR THIS ACTION MAY BE DISMISSED FOR WANT OF PROSECUTION AND FAILURE TO COMPLY WITH THE ORDERS OF THIS COURT**.

 **DONE** this 10th day of July, 2007.

                _____s/ W. B. Hand_____
                SENIOR DISTRICT JUDGE