IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILBERT AND KANDEE COOLEY, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   CASE NO.: 1:06-cv-00215-BH-M |
| | * |
| AMERIQUEST MORTGAGE | * |
| COMPANY, et al., | * |
| | * |
| Defendants. | * |

**NOTICE OF APPEARANCE**

Comes now KENNETH J. RIEMER, Attorney at Law, and gives notice of his appearance as additional attorney for the Plaintiffs herein.

    s/Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)
Attorney for Plaintiffs
P.O. Box 1206
Mobile AL 36633
Telephone: (251) 432-9212
Facsimile: (251) 433-7172
Email: kjr@alaconsumerlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of July, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CMECF system, which will send electronic notification of such filing to all counsel of record.

    s/ Kenneth J. Riemer
KENNETH J. RIEMER