IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **WILBERT COOLEY AND** )<br>**KANDEE COOLEY,** )<br>)<br>**Plaintiffs** )<br>)<br>)<br>**v.** )<br>**AMERIQUEST MORTAGE** )<br>**COMPANY, ET AL** )<br>)<br>**Defendant.** ) | **CIVIL NO. 06-215-BH-M** |

## STATUS REPORT

COME NOW, the Plaintiffs, Wilbert and Kandee Cooley, by and through undersigned counsel, and file the following update with the Court. As of August 14, 2007, the parties have not received an official order on Plaintiff's notice of potential tag-action to transfer to the judicial panel on multi-district litigation. Plaintiffs await a ruling from the panel.

                      **Respectfully submitted,**

                      **/s/April England-Albright**
                      **April England-Albright**
                      **Counsel for the Plaintiff**
                      **Justice Group, Inc.**
                      **116 Mabry Street**
                      **Selma, Alabama 36701**
                      **(334) 872-7517 (Phone)**
                      **(866) 276-1131 (Fax)**

**/s/Earl P. Underwood, Jr.**
**Earl P. Underwood, Jr.**
**James D. Patterson**
**Counsel for Plaintiffs**
**Post Office Box 969**
**Fairhope, Alabama 36533-0969**
**(251) 990-5558**

**/s/Kenneth J. Riemer**
**Kenneth J. Riemer**
**Counsel for Plaintiffs**
**166 Government Street, Suite 100**
**Mobile, AL 36602**
**(251) 432-9212**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served upon opposing counsel through the Electronic Filing system, which on this the 16TH Day of August, 2007 will send notification by email upon:

**Kaye K. Houser, Esq.**
**Robin L. Beardsley, Esq.**
**SIROTE & PERMUTT, P.C.**
**2311 Highland Avenue South**
**Post Office Box 55727 (35255-5727)**
**Birmingham, AL 35205**

**Laura Nettles, Esquire**
**LLOYD, GRAY, & WHITEHEAD, P.C.**
**2501 Twentieth Place South, Suite 300**
**Birmingham, Alabama 35223**

**/s/April England-Albright**