IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILBERT COOLEY and<br>KANDEE COOLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  06-0215-BH-M<br>)<br>)<br>)<br>) |

**ORDER**

This case has been settled.  It is, therefore, **ORDERED** that this case be **DISMISSED** from the active docket of the Court, with prejudice, **PROVIDED** that either party may reinstate the case within thirty (30) days from the date of the entry of this order if the settlement agreement is not consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Each party shall bear their own costs unless otherwise agreed upon by the parties.

**DONE** this 20th day of August, 2007.

                                                            s/ W. B. Hand
                                               SENIOR DISTRICT JUDGE