IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WILBERT COOLEY AND ) | |
| KANDEE COOLEY, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CIVIL NO. 06-215-BH-M |
| ) | |
| AMERIQUEST MORTAGE ) | |
| COMPANY, ET AL ) | |
| ) | |
| Defendant. ) | |

## MOTION TO REINSTATE

**Come Now** Plaintiffs by and through counsel and file their Motion to Reinstate the above-referenced cause and would show as follows:

1. Plaintiffs' counsel received an email correspondence from Sandra Rey, Courtroom Deputy, regarding the status of this matter.

2. Plaintiffs' counsel had previously spoken to the Court that day regarding settlement of another matter, *Coley vs. Commercial Recovery System, CV-07-0356-WS-B* and assumed Sandra Rey was contacting counsel about that settlement.

3. However, Plaintiffs' counsel incorrectly informed Sandra Rey that a settlement had been reached in the present case.

4. Due the similarity of the case names, Plaintiffs' counsel mistakenly informed the Court a settlement had been reached in the current matter.

5. At this time, a settlement has not been reached.

**WHEREFORE**, Plaintiffs pray that the Court reinstate this cause and allow Plaintiffs to pursue their claim against Defendant.

Respectfully submitted this 21st day of August, 2007.

/s James D. Patterson
James D. Patterson
Attorney for Plaintiffs
Post Office Box 969
Fairhope, AL  36533-0969
(251) 990-5558 voice
(251) 990-0626 fax
jpatterson@alalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

April A. England-Albright
Law Office of April England-Albright
116 Mabry Street
Selma, AL 36701

Kay K. Houser
Robin Leigh Beardsley
Sirote & Permutt, P.C.
PO Box 55727
Birmingham, AL 35255-5727

Laura C. Nettles
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place S. Ste. 300
Birmingham, AL 35223

Kenneth J. Riemer
Kenneth J. Riemer, Attorney at Law
P.O. Box 1206
166 Government St.
Mobile AL 36633

/s James D. Patterson
James D. Patterson