IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILBERT COOLEY and KANDEE COOLEY, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 06-0215-BH-M |
| AMERIQUEST MORTGAGE COMPANY, et al., ) ) ) | |
| Defendants. ) | |

**ORDER**

This action is before the Court on plaintiffs' motion (Doc. 47) to reinstate this action. Plaintiffs' counsel erroneously advised the Court that the action had been settled. It is therefore **ORDERED** that plaintiffs' motion be and is hereby **GRANTED** in that the dismissal order entered on August 20, 2007 (Doc. 46) is hereby **VACATED** and this action is hereby **REINSTATED**.

**DONE** this 21st day of August, 2007.

                                                     s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE