IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WILBERT COOLEY AND ) | |
| KANDEE COOLEY, ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| ) | |
| v. ) | CIVIL NO. 06-215-BH-M |
| AMERIQUEST MORTAGE ) | |
| COMPANY, ET AL ) | |
| ) | |
| **Defendant.** ) | |

## STATUS REPORT

COME NOW, the Plaintiffs, Wilbert and Kandee Cooley, by and through undersigned counsel, and file the following update with the Court. As of September 11th 2007, the parties have not received an official order on Plaintiff's notice of potential tag-action to transfer to the judicial panel on multi-district litigation. Plaintiffs were advised yesterday by a clerk of the Judicial Panel that it would be necessary to file to a Motion for Tag-Along Action in addition to the Notice of Tag-Along Action previously filed. Plaintiffs have filed such an additional motion today.

**/s/Earl P. Underwood, Jr.**
**Earl P. Underwood, Jr.**
**James D. Patterson**
**Counsel for Plaintiffs**
**Post Office Box 969**
**Fairhope, Alabama 36533-0969**
**(251) 990-5558**

       **/s/Kenneth J. Riemer**
**Kenneth J. Riemer**
**Counsel for Plaintiffs**
**166 Government Street, Suite 100**
**Mobile, AL 36602**
**(251) 432-9212**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served upon opposing counsel through the Electronic Filing system, which on this the 13th day of September, 2007 will send notification by email upon:

**Kaye K. Houser, Esq.**
**Robin L. Beardsley, Esq.**
**SIROTE & PERMUTT, P.C.**
**2311 Highland Avenue South**
**Post Office Box 55727 (35255-5727)**
**Birmingham, AL 35205**

**Laura Nettles, Esquire**
**LLOYD, GRAY, & WHITEHEAD, P.C.**
**2501 Twentieth Place South, Suite 300**
**Birmingham, Alabama 35223**

**April A. England-Albright**
**PO Box 312293**
**Atlanta GA 31131**

      /s/Earl P. Underwood, Jr.
Earl P. Underwood, Jr.