IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILBERT AND KANDEE COOLEY, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) CASE NUMBER: 1:06-cv-00215-BH-M |
| | ) |
| AMERIQUEST MORTGAGE COMPANY et al., | ) |
| | ) |
|    Defendant(s). | ) |

NOTICE OF FILING

COME NOW the Plaintiffs and file the attached Motion for Tag-Along and Brief in Support of Motion for Tag-Along.

Respectfully submitted this 26th day of September, 2007

**s/ Earl P. Underwood, Jr.**
**Earl P. Underwood, Jr. (UNDEE6591)**
**Law Offices of Earl P. Underwood, Jr.**
**Post Office Box 969**
**Fairhope, AL 36533-0969**
**251-990-5558 (voice)**
**251-990-0626 (fax)**
**epunderwood@alalaw.com**

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| J Kenneth J. Riemer<br>P.O. Box 1206<br>Mobile AL 36633 | 420 North 20th St.<br>Birmingham AL 35203 |
| Stephen J. Bumgarner<br>Burr & Forman LLP<br>3400 Wachovia Tower | /s/ Earl P. Underwood, Jr.<br>Earl P. Underwood, Jr. |