BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

In re: AMERIQUEST MORTGAGE CO.    )
MORTGAGE LENDING PRACTICES        )
LITIGATION                        )    MDL Docket No. 1715
                                  )

### BRIEF IN SUPPORT OF PLAINTIFFS MOTION FOR SUBMISSION OF TAG ALONG ACTION TO THE NORTHERN DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C. § 1407

This matter was filed in the Southern District of Alabama on April 6th 2006. A conditional transfer order was issued by the panel on or about June 30th 2006. A conditional transfer order was entered conditionally transferring the matter to the Judicial Panel on Multidistrict Litigation. The District Court in the Southern District of Alabama entered a motion staying the case pending the final transfer. The transfer was opposed by Ms. April England-

Albright on behalf of the plaintiffs and this panel entered an order vacating the conditional transfer order on October 17, 2006. The plaintiffs no longer oppose transfer of this matter for consolidation with MDL 1715. The undersigned additional attorneys for the plaintiffs have approximately 13 other cases in the MDL. Furthermore, Ms. England-Albright on behalf of the plaintiffs has withdrawn the opposition as shown by Exhibit A attached hereto. Conditional transfer order of clerk of Judicial Panel is an administrative device used to expeditiously transfer apparently related cases where there is no opposition to such transfer. In re Grain Shipments, Jud.Pan.Mult.Lit.1970, 319 F.Supp. 533. Since any opposition of the plaintiff's is now withdrawn and there has been no opposition filed by either of the defendants, Ameriquest Mortgage Company and Heritage Title LLC., this case should be transferred and consolidated with MDL No. 1715 pursuant to 28 U.S.C. § 1407.

Respectfully Submitted this 25th day of September, 2007

_____
EARL P. UNDERWOOD, JR.
Counsel for Wilbert and Kandee Cooley
Law Offices of Earl P. Underwood, Jr
Post Office Box 969
Fairhope, AL 36533-0969
251-990-5558 (T)
251-990-0626 (F)
epunderwood@alalaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of September, 2007, a copy of the foregoing was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

April A. England-Albright
Law Office of April England-Albright
P.O. Box 312293
Atlanta GA 31131
Attorney for Wilbert and Kandee Cooley
Telephone: 334-327-0451
Fax: 866-276-1131

Kay K. Houser
Robin Leigh Beardsley
Sirote & Permutt, P.C.
PO Box 55727
Birmingham, AL 35255-5727
Attorney for Ameriquest Mortgage Company
Telephone: 205-327-0451

Laura C. Nettles
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place S. Ste. 300
Birmingham, AL 35223
Attorney for Heritage Title
Telephone: 205-967-8822
Fax: 205-967-2380

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION-
PANEL ATTORNEY SERVICE LIST OF MDL 1715-
*In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*


Kelly M. Dermody
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West

275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1088
Attorney for: Duval Naughton; Cheryl Williams

Gary E. Klein
Roddy Klein & Ryan
727 Atlantic Avenue
2nd Floor
Boston, MA 02111
Telephone: 617-375-5500
Fax: 617-357-5030
Attorney for: Lynn Gay; David R. Murphy; Isabelle M. Murphy; Daiseybel Tolbert; William F. Tolbert; David M. Wakefield; Janet Wakefield; Dwayne Williams; Latonya Williams

Bernard E. LeSage
Buchalter Nemer, PC
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017
Telephone: 213-891-0700
Fax: 213-896-0400
Attorney for: Ameriquest Capital Corp.; Ameriquest Mortgage Co.

Aaron Myers
Fenwick & West, LLP
801 California Street
Mountain View, CA 94041
Telephone: 650-988-8500
Fax: 650-938-5200
Attorney for: Heladio Arellanes; Maris Arellanes; Albert Knox; Maria Torres

Terry A. Smiljanich
James, Hoyer, Newcomer & Smiljanich, P.A.
4830 West Kennedy Blvd
Ste. 550
Tampa, FL 33609

Telephone: 813-286-4100
Fax: 813-286-4174
Attorney for: Adolph Peter Kurt Burggraff


Thomas J. Weigand
Winston & Strawn LLP
35 West Wacker Drive
45th Floor
Chicago, IL 60601
Telephone: 312-558-5600
Fax: 312-558-5700
Attorney for: Argent Mortgage Co., LLC


_____
Earl P. Underwood, Jr.

# EX. A

Docket no. 1715

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE COMPANY MORTGAGE LENDING PRACTICES LITIGATION

### CONDITIONAL TRANSFER MOTION

### NOTICE OF NO OPPOSITION

COMES NOW, Wilbert and Kandee Cooley, Plaintiff, and counsel for Plaintiffs, April England-Albright, and files the following notice of no opposition to the conditional transfer of **Wilbert and Kandee Cooley vs. Ameriquest Mortgage Company, et al, Case Number, CC-06-215,** which is presently pending in the Southern District of Alabama before the Honorable Judge Hand, to the Judicial Panel on Multidistrict Litigation.

Plaintiffs through counsel, respectfully withdraws all previous opposition to such transfer.

Respectfully submitted,

_____
April England-Albright
**Counsel for Plaintiffs Wilbert/Kandee Cooley**

**OF COUNSEL:**

**Justice Group, Inc.
April England-Albright
116 Mabry Street
Selma, Alabama 36701
(334)872-7589
(334)877-4890**

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing documents have been served upon this the 19th day of September, 2007 by regular mail upon.

**Mr. Earl P. Underwood
Attorney at Law**

Post Office Box 969
Fairhope, Alabama 36533-0969

Mr. Kenneth J. Riemer
Attorney at Law
Post Office Box 1206
Mobile, Alabama 36633-1206

Kaye K. Houser
Robin L. Beardsley
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35255-5727

Laura C. Nettles
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place S. Ste 300
Birmingham, Alabama 35223

/s/ signature
Of Counsel

AMENDED CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of September, 2007, a copy of the foregoing Brief in Support of Motion for Tag-Along was served on counsel for all parties to this proceeding by placing a copy of same in the U.S. Mail, properly addressed and first-class postage prepaid to:

April A. England-Albright
Law Office of April England-Albright
P.O. Box 312293
Atlanta GA 31131
Attorney for Wilbert and Kandee Cooley
Telephone: 334-327-0451
Fax: 866-276-1131

Kay K. Houser
Robin Leigh Beardsley
Sirote & Permutt, P.C.
PO Box 55727
Birmingham, AL 35255-5727
Attorney for Ameriquest Mortgage Company
Telephone: 205-327-0451

Laura C. Nettles
Lloyd, Gray & Whitehead, P.C.
2501 Twentieth Place S. Ste. 300
Birmingham, AL 35223
Attorney for Heritage Title
Telephone: 205-967-8822
Fax: 205-967-2380

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION-
PANEL ATTORNEY SERVICE LIST OF MDL 1715-
*In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*

Kelly M. Dermody
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor

San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1088
Attorney for: Duval Naughton; Cheryl Williams

Gary E. Klein
Roddy Klein & Ryan
727 Atlantic Avenue
2nd Floor
Boston, MA 02111
Telephone: 617-375-5500
Fax: 617-357-5030
Attorney for: Lynn Gay; David R. Murphy; Isabelle M. Murphy; Daiseybel Tolbert; William F. Tolbert; David M. Wakefield; Janet Wakefield; Dwayne Williams; Latonya Williams

Bernard E. LeSage
Buchalter Nemer, PC
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017
Telephone: 213-891-0700
Fax: 213-896-0400
Attorney for: Ameriquest Capital Corp.; Ameriquest Mortgage Co.

Aaron Myers
Fenwick & West, LLP
801 California Street
Mountain View, CA 94041
Telephone: 650-988-8500
Fax: 650-938-5200
Attorney for: Heladio Arellanes; Maris Arellanes; Albert Knox; Maria Torres

Terry A. Smiljanich
James, Hoyer, Newcomer & Smiljanich, P.A.
4830 West Kennedy Blvd
Ste. 550
Tampa, FL 33609
Telephone: 813-286-4100

Fax: 813-286-4174
Attorney for: Adolph Peter Kurt Burggraff


Thomas J. Weigand
Winston & Strawn LLP
35 West Wacker Drive
45th Floor
Chicago, IL 60601
Telephone: 312-558-5600
Fax: 312-558-5700
Attorney for: Argent Mortgage Co., LLC

I hereby certify that on September 26, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

United States District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL 36602

United States District Court
Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604


/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.