IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WILBERT COOLEY AND ) | |
| KANDEE COOLEY, ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| ) | |
| v. ) | CIVIL NO. 06-215-BH-M |
| AMERIQUEST MORTAGE ) | |
| COMPANY, ET AL ) | |
| ) | |
| **Defendant.** ) | |

## STATUS REPORT

COME NOW, the Plaintiffs, Wilbert and Kandee Cooley, by and through undersigned counsel, and file the following update with the Court. As of September 27, 2007, the judicial panel on multi-district litigation filed the motion of plaintiffs for transfer of action for inclusion in coordinated or consolidated pretrial proceeding. The Panel sent a notice to all interested parties setting a deadline for responses on or before October 17th 2007. To date there have been no responses of opposition filed.

                           **Respectfully submitted,**

                           **/s/Earl P. Underwood, Jr.**
                           **Earl P. Underwood, Jr.**
                           **James D. Patterson**
                           **Counsel for Plaintiffs**
                           **Post Office Box 969**
                           **Fairhope, Alabama 36533-0969**
                           **(251) 990-5558**

        **/s/Kenneth J. Riemer**
        **Kenneth J. Riemer**
        **Counsel for Plaintiffs**
        **166 Government Street, Suite 100**
        **Mobile, AL 36602**
        **(251) 432-9212**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served upon opposing counsel through the Electronic Filing system, which on this the 11th Day of October, 2007 will send notification by email upon:

**Kaye K. Houser, Esq.**
**Robin L. Beardsley, Esq.**
**SIROTE & PERMUTT, P.C.**
**2311 Highland Avenue South**
**Post Office Box 55727 (35255-5727)**
**Birmingham, AL 35205**

**Laura Nettles, Esquire**
**LLOYD, GRAY, & WHITEHEAD, P.C.**
**2501 Twentieth Place South, Suite 300**
**Birmingham, Alabama 35223**

        /s/Earl P. Underwood, Jr.
        Earl P. Underwood, Jr.