IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WILBERT COOLEY AND<br>KANDEE COOLEY,<br><br>**Plaintiffs**<br><br>v.<br><br>AMERIQUEST MORTAGE<br>COMPANY, ET AL<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL NO. 06-215-BH-M<br>)<br>)<br>)<br>)<br>) |

## STATUS REPORT

COME NOW, the Plaintiffs, Wilbert and Kandee Cooley, by and through undersigned counsel, and file the following update with the Court. On December 20, 2007 the Panel on Multidistrict Litigation transferred the above referenced matter to the United States District Court for the Northern District of Illinois for inclusion in MDL 1715. The Transfer Order is attached hereto as Exhibit A.

                                            **Respectfully submitted,**

                                            **/s/Earl P. Underwood, Jr.**
                                            **Earl P. Underwood, Jr.**
                                            **James D. Patterson**
                                            **Counsel for Plaintiffs**
                                            **Post Office Box 969**
                                            **Fairhope, Alabama 36533-0969**
                                            **(251) 990-5558**

                                            **/s/Kenneth J. Riemer**
                                            **Kenneth J. Riemer**
                                            **Counsel for Plaintiffs**
                                            **166 Government Street, Suite 100**
                                            **Mobile, AL 36602**
                                            **(251) 432-9212**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served upon opposing counsel through the Electronic Filing system, which on this the 20th day of December, 2007 will send notification by email upon:

**Kaye K. Houser, Esq.**
**Robin L. Beardsley, Esq.**
**SIROTE & PERMUTT, P.C.**
**2311 Highland Avenue South**
**Post Office Box 55727 (35255-5727)**
**Birmingham, AL 35205**

**Laura Nettles, Esquire**
**LLOYD, GRAY, & WHITEHEAD, P.C.**
**2501 Twentieth Place South, Suite 300**
**Birmingham, Alabama 35223**

/s/Earl P. Underwood, Jr.
Earl P. Underwood, Jr.