UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 20, 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION
    Wilbert Cooley, et al. v. Ameriquest Mortgage, Inc., et al.,  )
        S.D. Alabama, C.A. No. 1:06-215               )    MDL No. 1715

**TRANSFER ORDER**

    **Before the entire Panel**[*]: Plaintiffs in this Southern District of Alabama action move, pursuant to 28 U.S.C. § 1407(c), to transfer their action to the Northern District of Illinois for inclusion in MDL No. 1715. Defendants did not respond to the motion; however, Ameriquest Mortgage Co. (Ameriquest) and others[1] previously supported transfer of the action in prior proceedings before the Panel.[2]

    After considering the argument of counsel, we find that this action involves common questions of fact with the actions in this litigation previously transferred to the Northern District of Illinois, and that transfer of this action to the Northern District of Illinois for inclusion in MDL No. 1715 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of this action is appropriate for reasons that we set out in our original order directing centralization in this docket. In that order, we held that the Northern District of Illinois was a proper Section 1407 forum for actions concerning allegedly predatory lending practices by Ameriquest, or a related entity, in soliciting and closing residential mortgage transactions. *See In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation*, 408 F.Supp.2d 1354 (J.P.M.L. 2005).

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Marvin

---

    [*]    Judge Scirica took no part in the decision of this matter.

    [1]    AMC Mortgage Services, Inc.; Argent Mortgage Co.; Ameriquest Capital Corp.; Ameriquest Mortgage Securities, Inc.; Town & Country Credit Corp.; and Town & Country Title Services, Inc.

    [2]    In June 2006, the Panel issued an order conditionally transferring this action to MDL No. 1715; plaintiffs opposed transfer at that time. The Panel considered the matter at the September 2006 hearing session and vacated the conditional transfer order with respect to this action.

- 2 -

E. Aspen for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

                           PANEL ON MULTIDISTRICT LITIGATION

                           _____
                                John G. Heyburn II
                                   Chairman

| | |
|---|---|
| D. Lowell Jensen | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica[*] |