## U.S. District Court
## Southern District of Alabama (Mobile)
## CIVIL DOCKET FOR CASE #: 1:06–cv–00215–BH–M

Cooley et al v. Ameriquest Mortgage, Inc. et al
Assigned to: Senior Judge W. B. Hand
Referred to: Magistrate Judge Bert W. Milling, Jr
Cause: 15:1601 Truth in Lending

Date Filed: 04/06/2006
Date Terminated: 12/27/2007
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth–In–Lending
Jurisdiction: Federal Question

**Plaintiff**

**Wilbert Cooley**   represented by   **April A. England–Albright**
Law Office of April England–Albright
Post Office Box 312293
Atlanta, Ga 31131
(334) 327–0451
Fax: 8662761131
Email: aprilalbright1@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl P. Underwood**
P. O. Box 969
Fairhope, AL 36533–0969
251–990–5558
Fax: 251–990–0626
Email: epunderwood@alalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
P.O. Box 969
Fairhope, AL 36533
251–990–5558
Email: jpatterson@alalaw.com
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
166 Government Street, Suite 100
Mobile, AL 36602
251–432–9212
Fax: 251–433–7172
Email: kjr@alaconsumerlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kandee Cooley**   represented by   **April A. England–Albright**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                      **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage, Inc.**     represented by     **Kaye K. Houser**
Sirote &Permutt, P.C.
P.O. Box 55727
Birmingham, AL 35255−5727
(205) 930−5100
Email: khouser@sirote.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**April A. England−Albright**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robin Leigh Beardsley**
Sirote &Permutt, P.C.
2311 Highland Avenue
Birmingham, AL 35205
205−930−5242
Email: rbeardsley@sirote.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Heritage Title, LLC**     represented by     **Laura C. Nettles**
Lloyd, Gray &Whitehead, P.C.
2501 Twentieth Place S., Ste. 300
Birmingham, AL 35223
(205) 967−8822
Fax: 2059672380
Email: lnettles@lgwpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. Huffaker**
Rushton, Stakely, Johnston &Garrett, P.A.
P.O. Box 270
Montgomery, AL 36101
Email: rah@rsjg.com

*TERMINATED: 08/25/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**April A. England−Albright**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2006 | " 1 | COMPLAINT against Ameriquest Mortgage, Inc., Heritage Title, LLC ( Filing fee $ 250, Receipt number 330678, Online Credit Card Payment.), filed by Wilbert Cooley, Kandee Cooley. (Attachments: # 1 Summons − Ameriquest Mortgage# 2 Summons − Heritage Title)(England−Albright, April) Additional attachment(s) # 3 Civil Cover Sheet added on 4/6/2006 (srr, ). (Entered: 04/06/2006) |
| 04/10/2006 | " 2 | Summons Issued as to Ameriquest Mortgage, Inc., Heritage Title, LLC. (mailed to plaintiffs counsel for service) (srr, ) (Entered: 04/10/2006) |
| 05/08/2006 | " 3 | MOTION for Extension of Time to File Answer re 1 Complaint, by Ameriquest Mortgage, Inc.. (Beardsley, Robin) (Entered: 05/08/2006) |
| 05/10/2006 | " 4 | ENDORSED ORDER. Granting 3 Defendant Ameriquest Mortgage, Inc.'s unopposed Motion for Extension of Time to Answer. Answer now due from Ameriquest Mortgage, Inc. on or before 5/24/2006. Signed by Judge W. B. Hand on 5/10/2006.(mfb) (Entered: 05/10/2006) |
| 05/24/2006 | " 5 | ANSWER to Complaint by Ameriquest Mortgage, Inc..(Beardsley, Robin) (Entered: 05/24/2006) |
| 05/24/2006 | " 6 | PRELIMINARY SCHEDULING ORDER entered Rule 26 Meeting Report due by 7/10/2006. Signed by Judge Bert W. Milling Jr. on 5/24/06. (adk ) (Entered: 05/24/2006) |
| 05/24/2006 | " 7 | MOTION to Dismiss *Plaintiff Wilbert Cooley* by Ameriquest Mortgage, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Beardsley, Robin) (Entered: 05/24/2006) |
| 05/25/2006 | " 8 | ORDER TO SHOW CAUSE. Plaintiffs are hereby ORDERED to SHOW CAUSE on or before 6/8/2006 as to why Plaintiff Wilbert Cooley's claims against Defendant Ameriquest Mortgage should not be dismissed. Signed by Judge W. B. Hand on 5/25/2006. (mfb) (Entered: 05/25/2006) |
| 06/08/2006 | " 9 | RESPONSE in Opposition re 7 MOTION to Dismiss *Plaintiff Wilbert Cooley claims* filed by Wilbert Cooley. (Attachments: # 1 Affidavit Bankruptcy Trustee# 2 Exhibit of Amendment motion filed by Wilbert Cooley)(England−Albright, April) (Entered: 06/08/2006) |
| 06/12/2006 | " 10 | ORDER denying 7 Motion to Dismiss . Signed by Judge W. B. Hand on 6/12/06. (srr, ) (Entered: 06/12/2006) |
| 06/19/2006 | " 11 | *Ameriquest Mortgage Company's* ANSWER to Complaint *of Wilbert Cooley* by Ameriquest Mortgage, Inc..(Houser, Kaye) (Entered: 06/19/2006) |
| 06/29/2006 | " 12 | MOTION for Extension of Time to File Answer by Heritage Title, LLC. (Huffaker, Robert) (Entered: 06/29/2006) |
| 06/29/2006 | " 13 | |

| | | |
|---|---|---|
| | | ENDORSED ORDER. Granting Defendant Heritage Title, LLC's Motion 12 for Extension of Time to Answer. Answer now due on or before 7/17/2006. Signed by Judge W. B. Hand on 6/29/2006. (mfb) (Entered: 06/29/2006) |
| 07/10/2006 | " 14 | Joint MOTION to Stay by Wilbert Cooley, Kandee Cooley. (Attachments: # 1 Exhibit A)(Beardsley, Robin) (Entered: 07/10/2006) |
| 07/11/2006 | " 15 | ENDORSED ORDER. Granting Parties' Joint Motion 14 to Stay pendingresolution of the conditional transfer to Multidistrict Litigation. Signed by Judge W. B. Hand on 7/10/2006. (mfb) (Entered: 07/11/2006) |
| 07/17/2006 | " 16 | ANSWER to Complaint by Heritage Title, LLC.(Huffaker, Robert) (Entered: 07/17/2006) |
| 08/24/2006 | " 17 | NOTICE of Appearance by Laura C. Nettles on behalf of Heritage Title, LLC (Nettles, Laura) (Entered: 08/24/2006) |
| 08/24/2006 | " 18 | MOTION for Robert A. Huffaker to Withdraw as Attorney by Heritage Title, LLC. (Huffaker, Robert) (Entered: 08/24/2006) |
| 08/25/2006 | " 19 | ENDORSED ORDER. Granting 18 Attorney Robert A. Huffaker's Motion to Withdraw as counsel for Defendant Heritage Title, LLC. Attorney Robert A. Huffaker now terminated. Signed by Judge W. B. Hand on 8/25/2006. (mfb) (Entered: 08/25/2006) |
| 10/23/2006 | " 20 | Order Vacating Conditional Transfer Order re: MDL 1715 (srr, ) (Entered: 10/25/2006) |
| 10/30/2006 | " 21 | ORDER LIFTING STAY imposed on 7/11/06; this action is referred to the Magistrate Judge for entry of an appropriate Rule 16(b) Scheduling Order. Signed by Judge W. B. Hand on 10/30/06. (srr, ) (Entered: 10/30/2006) |
| 10/30/2006 | " 22 | Order that the parties are to file their Rule 26 Meeting Report by 11/9/2006. Signed by Judge Bert W. Milling Jr. on 10/30/06. (srr, ) (Entered: 10/31/2006) |
| 11/09/2006 | " 23 | *Report of Party meeting* by Wilbert Cooley. (England−Albright, April) Modified on 11/9/2006 (srr, ). (Entered: 11/09/2006) |
| 11/09/2006 | " | REFERRAL OF 23 MOTION *Report of Party meeting* to Judge Milling. (srr, ) (Entered: 11/09/2006) |
| 11/14/2006 | " 24 | SCHEDULING ORDER: Pretrial Conference set for 9/12/2007 09:00 AM in Chambers before Senior Judge W. B. Hand. Amended Pleadings due by 2/2/2007. Discovery cutoff 6/1/2007. Motions due by 6/22/2007. Jury Selection set for 10/2/2007 08:45 AM. Jury Trial set for month of October 2007. Ett 1−2 days. Position Regarding Settlement due by 6/1/2007.The fictitious parties set out in the complaint are STRICKEN. Signed by Judge Bert W. Milling Jr. on 11/13/06. (Attachments: # 1 Standing Pretrial Order)(srr, ) (Entered: 11/14/2006) |
| 11/29/2006 | " 25 | NOTICE by Ameriquest Mortgage, Inc. *of Service of its Initial Disclosures* (Beardsley, Robin) (Entered: 11/29/2006) |
| 12/07/2006 | " 26 | NOTICE by Wilbert Cooley, Kandee Cooley *of Plaintiff's initial disclosures* (England−Albright, April) (Entered: 12/07/2006) |
| 03/02/2007 | " 27 | Emergency MOTION Relief of payment of mortgage payment by Wilbert Cooley, Kandee Cooley. (England−Albright, April) (Entered: 03/02/2007) |
| 03/02/2007 | " 28 | Emergency MOTION for Extension of Time by Wilbert Cooley, Kandee Cooley. (England−Albright, April) (Entered: 03/02/2007) |

| | | |
|---|---|---|
| 03/02/2007 | " | MOTIONS REFERRED: 27 Emergency MOTION Relief of payment of mortgage payment, 28 Emergency MOTION for Extension of Time Referred to Judge Bert W. Milling, Jr. (srr) (Entered: 03/02/2007) |
| 03/02/2007 | " 29 | Order re: 27 Emergency MOTION Relief of payment of mortgage payment filed by Wilbert Cooley, Kandee Cooley; Response to Motion due by 3/16/2007; 28 Emergency MOTION for Extension of Time filed by Wilbert Cooley, Kandee Cooley; plaintiff is to confer with opposing counsel by 3/7/07 and then supplement the motion with the results of that conference. Signed by Judge Bert W. Milling Jr. on 3/2/07. (srr) (Entered: 03/05/2007) |
| 03/07/2007 | " 30 | NOTICE by Wilbert Cooley, Kandee Cooley *of no opposition to Plaintiff's request to extend time to File expert reports* (England−Albright, April) (Entered: 03/07/2007) |
| 03/07/2007 | " | REFERRAL OF 30 Notice (Other) to Judge Milling. (srr) (Entered: 03/07/2007) |
| 03/12/2007 | " 31 | ENDORSED ORDER: After consideration of 28 Motion for Extension of Time, as supplemented 30 , the motion is GRANTED. The dates for expert disclosures are EXTENDED BY AGREEMENT to 4/6/07 for Plaintiffs and to 5/7/07 for Defendants. Signed by Judge Bert W. Milling Jr. on 3/12/2007. (vlh) (Entered: 03/12/2007) |
| 03/15/2007 | " 32 | RESPONSE to Motion re: 27 Emergency MOTION Relief of payment of mortgage payment filed by Ameriquest Mortgage, Inc.. (Beardsley, Robin) (Entered: 03/15/2007) |
| 03/15/2007 | " | REFERRAL OF 32 Response to Motion to Judge Milling. (srr) (Entered: 03/15/2007) |
| 03/19/2007 | " 33 | ENDORSED ORDER: After consideration of 27 plaintiff's motion for relief from payment of mortgage and defendant Ameriquest Mortgage, Inc.'s response 32 , the motion is DENIED for the reasons set out in defendant's response. Signed by Judge Bert W. Milling Jr. on 3/19/2007. (vlh) (Entered: 03/19/2007) |
| 03/27/2007 | " 34 | NOTICE by Wilbert Cooley, Kandee Cooley *serving subpeonas to HUD* (England−Albright, April) (Entered: 03/27/2007) |
| 05/17/2007 | " 35 | Joint MOTION for Extension of Time to Complete Discovery by Wilbert Cooley, Kandee Cooley, Ameriquest Mortgage, Inc., Heritage Title, LLC. (England−Albright, April) (Entered: 05/17/2007) |
| 05/21/2007 | " | MOTIONS REFERRED: 35 Joint MOTION for Extension of Time to Complete Discovery Referred to Judge Bert W. Milling, Jr. (srr) (Entered: 05/21/2007) |
| 05/24/2007 | " 36 | ENDORSED ORDER granting 35 Motion for Extension of Time to Complete Discovery and EXTENDING discovery cutoff to August 3, 2007. An Amended Rule 16(b) Scheduling Order will be entered. Signed by Judge Bert W. Milling Jr. on 5/24/2007. (vlh) (Entered: 05/24/2007) |
| 05/25/2007 | " 37 | AMENDED SCHEDULING ORDER:Pretrial Conference set for 12/12/2007 09:00 AM in Chambers before Senior Judge W. B. Hand, Discovery cutoff 8/3/2007, Motions due by 8/24/2007, Jury Selection set for 1/3/2008 08:45 AM, Jury Trial set for month of January 2008, ETT 1−2 days, Position Regarding Settlement due by 8/3/2007. Signed by Judge Bert W. Milling Jr. on 5/24/07. (srr) (Entered: 05/25/2007) |
| 07/03/2007 | " 38 | NOTICE of Appearance by Earl P. Underwood on behalf of Wilbert Cooley, Kandee Cooley (Underwood, Earl) (Entered: 07/03/2007) |
| 07/06/2007 | " 39 | Objection *to Plaintiffs' Notice of Taking Deposition Under 30(b)(6)* filed by Ameriquest Mortgage, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Beardsley, Robin) (Entered: 07/06/2007) |

| | | |
|---|---|---|
| 07/06/2007 | " 40 | NOTICE of Appearance by James Donnie Patterson on behalf of Wilbert Cooley, Kandee Cooley (Patterson, James) (Entered: 07/06/2007) |
| 07/10/2007 | " 41 | MOTION to Stay by Wilbert Cooley, Kandee Cooley. (Attachments: # 1 Exhibit 1) (Underwood, Earl) (Entered: 07/10/2007) |
| 07/10/2007 | " 42 | ORDER granting 41 Motion to Stay pending further order of court. It is FURTHER ORDERED that plaintiff file a Status Report on the second Tuesday of each month commencing 8/14/07. Signed by Judge W. B. Hand on 7/10/07. (srr) (Entered: 07/10/2007) |
| 07/26/2007 | " 43 | NOTICE of Appearance by Kenneth J. Riemer on behalf of Wilbert Cooley, Kandee Cooley (Riemer, Kenneth) (Entered: 07/26/2007) |
| 08/16/2007 | " 44 | STATUS REPORT by Wilbert Cooley, Kandee Cooley. (Underwood, Earl) (Entered: 08/16/2007) |
| 08/16/2007 | " 45 | Document endorsed NOTED by Judge W. B. Hand : Status Report 44 filed by Wilbert Cooley, Kandee Cooley (dkf) (Entered: 08/16/2007) |
| 08/20/2007 | " 46 | Order entered that this action is DISMISSED WITH PREJUDICE subject to the right of either party to reinstate the action within 30 days should the settlement not be consummated. Signed by Judge W. B. Hand on 8/20/07. (srr) (Entered: 08/21/2007) |
| 08/21/2007 | " 47 | MOTION to Reopen Case by Wilbert Cooley, Kandee Cooley. (Patterson, James) (Entered: 08/21/2007) |
| 08/21/2007 | " 48 | ORDER GRANTING 47 Motion to Reinstate Case; the dismissal order entered 8/20/07 46 is VACATED. Signed by Judge W. B. Hand on 8/21/07. (srr) (Entered: 08/21/2007) |
| 09/13/2007 | " 49 | STATUS REPORT by Wilbert Cooley, Kandee Cooley. (Underwood, Earl) (Entered: 09/13/2007) |
| 09/13/2007 | " | REFERRAL OF 49 Status Report to Judge Hand. (srr) (Entered: 09/13/2007) |
| 09/17/2007 | " 50 | Document endorsed NOTED by Judge W. B. Hand : Status Report 49 filed by Wilbert Cooley, Kandee Cooley (dkf) (Entered: 09/17/2007) |
| 09/26/2007 | " 51 | NOTICE by Wilbert Cooley, Kandee Cooley *of Filing Motion for Tag Along Action and Brief in Support* (Attachments: # 1 Exhibit Motion for Tag Along Action# 2 Exhibit Brief In Support of Motion for Tag Along Action) (Underwood, Earl) (Entered: 09/26/2007) |
| 09/26/2007 | " 52 | Document endorsed NOTED by Judge W. B. Hand : Notice (Other) 51 filed by Wilbert Cooley, Kandee Cooley (dkf) (Entered: 09/26/2007) |
| 10/11/2007 | " 53 | STATUS REPORT by Wilbert Cooley, Kandee Cooley. (Underwood, Earl) (Entered: 10/11/2007) |
| 10/15/2007 | " 54 | Document endorsed NOTED by Judge W. B. Hand : Status Report 53 filed by Wilbert Cooley, Kandee Cooley (dkf) (Entered: 10/15/2007) |
| 11/14/2007 | " 55 | STATUS REPORT by Wilbert Cooley, Kandee Cooley. (Underwood, Earl) (Entered: 11/14/2007) |
| 11/14/2007 | " 56 | Document endorsed NOTED by Judge W. B. Hand : Status Report 55 filed by Wilbert Cooley, Kandee Cooley (dkf) (Entered: 11/14/2007) |
| 12/20/2007 | " 57 | STATUS REPORT by Wilbert Cooley, Kandee Cooley. (Attachments: # 1 Exhibit A) (Underwood, Earl) (Entered: 12/20/2007) |

| | | |
|---|---|---|
| 12/27/2007 | " 58 | Conditional Transfer Order (MDL) from Northern District of Illinois requesting transfer of action. Entire case file electronically transmitted to requesting District consisting of documents 1−58 (Attachments: # 1 transmittal letter) (srr) (Entered: 01/02/2008) |