## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES<br><br>This Document Relates To:<br>Wilbert Cooley, et al. v. Ameriquest Mortgage, Inc. et al. | Case Number: MDL 1715<br>Lead Case No. 1:05-cv-07097<br>Centralized before<br>Judge Marvin E. Aspen<br>Case No. 1:07-cv-7182<br>Judge Marvin E. Aspen |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Heritage Title, LLC

**FILED**
APR 15 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Laura C. Nettles | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Laura C. Nettles | |
| FIRM<br>Lloyd, Gray & Whitehead P.C. | |
| STREET ADDRESS<br>2501 Twentieth Place South, Suite 300 | |
| CITY/STATE/ZIP<br>Birmingham, AL | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(205) 967-8822 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com